UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aliscia Shaw,

                        Plaintiff,

-against-

ProCore, LLC,

                        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2022
```

21 Civ. 3883 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated March 25 and 27, 2022. ECF Nos. 26 & 27. Discovery in this matter closed on March 11, 2022, and no requests for an extension have been filed. *See* ECF No. 25. Accordingly,

1. The case management conference scheduled for March 28, 2022, is ADJOURNED *sine die*;
2. Plaintiff's request for leave to file a motion for summary judgment is GRANTED;
3. Plaintiff's request for a pre-motion conference is DENIED;
4. By **May 2, 2022**, Plaintiff shall file her motion for summary judgment;
5. By **May 23, 2022**, Defendant shall file its opposition papers;
6. By **June 6, 2022**, Plaintiff shall file her reply, if any.

SO ORDERED.

Dated: March 28, 2022
         New York, New York

                                                              ANALISA TORRES
                                                     United States District Judge