UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aliscia Shaw,

                     Plaintiff,

-against-

ProCore, LLC,

                     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/4/2022_

21 Civ. 3883 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters dated March 31, 2022. ECF Nos. 29 and 30. The Court's March 28, 2022 order recognized the expiration of the fact discovery period and set a briefing schedule for Plaintiff's anticipated motion for summary judgment. *See* ECF No. 28. It imposed no sanctions or penalties for any discovery violations. *See id.* If Defendant wishes to make a request for an extension of the fact discovery period, it may file a brief, one- to two-page, letter making this request by **April 6, 2022**. *See* Individual Practices in Civil Case I.C. Such a letter may include a request for leave to file a motion for summary judgment and must provide good cause for the delay in making the request.

      SO ORDERED.

Dated: April 4, 2022
       New York, New York

ANALISA TORRES
United States District Judge