```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aliscia Shaw,

                        Plaintiff,

      -against-

ProCore, LLC,

                        Defendant.

1:21-cv-03883 (AT) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

       The parties are directed to appear for a telephone conference on Wednesday, April 27, 2022, at 3:30 p.m. to discuss Defendant's Letter Motion. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:     New York, New York
            April 14, 2022

                                                 _____
                                                 STEWART D. AARON
                                                 United States Magistrate Judge