```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/15/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aliscia Shaw,

                         Plaintiff,

-against-

ProCore, LLC,

                         Defendant.

21 Civ. 3883 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The deadlines for filing and briefing Plaintiff's motion for summary judgment are ADJOURNED *sine die*. See ECF No. 28. The Court shall set a new briefing schedule after resolution of the discovery-related issues.

      SO ORDERED.

Dated: April 15, 2022
       New York, New York

                                            ANALISA TORRES
                                   United States District Judge