```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/4/2023
```

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

August 3, 2023

**Via ECF**

Hon. Analisa Torres, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 15D
New York, 10007 NY
Tel: 212-805-0292

<u>Re: Shaw v. ProCore, LLC</u>
Case #: 21-CV-03883 (AT)(SDA)
Motion for Extension of Time

Dear Judge Torres:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the August 3, 2023, deadline for the parties to file a revised settlement agreement, etc., as per Your Honor's July 5, 2023 Order. This request is being made because some additional time is needed to finalize the changes required by this Court's order and for the parties to further review and sign. No prior request for an extension of this deadline was made.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

        GRANTED.

        SO ORDERED.

        Dated: August 4, 2023
             New York, New York

                                 ANALISA TORRES
                         United States District Judge